**2008–1644.  State v. Saylor.**
Montgomery App. No. 16759. On motion for leave to file delayed appeal. Motion denied.

**2008–1648.  State v. Lockett.**
Lucas App. No. L–07–1001, 2008-Ohio-2099. On motion for leave to file delayed appeal. Motion denied.
    LANZINGER and CUPP, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2007–0640.  Eurand Am., Inc. v. Dohme.**
Montgomery App. No. 21520, 2007-Ohio-865. Sua sponte, discretionary appeal is also accepted on Proposition of Law No. I. Both appellant and appellee shall file a merit brief addressing Proposition of Law No. I within 20 days of the date of this entry. The parties may then file reply briefs within 10 days after the filing of the initial brief.

**2008–0900.  Spiller v. Sky Bank - Ohio Bank Region.**
Logan App. No. 8–07–03, 2008-Ohio-1338. Discretionary appeal accepted.
    PFEIFER, O'CONNOR, and CUPP, JJ., dissent.
    Discretionary cross-appeal not accepted.

**2008–1038.  Kauffman Racing Equip., L.L.C. v. Roberts.**
Knox App. No. 07–CA–14, 2008-Ohio-1922.
    O'CONNOR and O'DONNELL, JJ., dissent.

**2008–1069.  State ex rel. Northwestern Ohio Bldg. & Constr. Trades Council v. Ottawa Cty. Improvement Corp.**
Ottawa App. No. OT–07–017, 2008-Ohio-1852.
    O'DONNELL, LANZINGER, and CUPP, JJ., dissent.

**2008–1131.  State v. King.**
Miami App. No. 08–CA–02, 2008-Ohio-2594. Discretionary appeal accepted.
Motion to consolidate this cause with 2008–0754, *State ex rel. King v. Welbaum*, Miami App. No. 2008-CA-1, granted.
    Briefing in this cause and 2008–0754 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.
    Sua sponte, this cause and 2008–0754 shall be consolidated for oral argument with 2008–0991 and 2008–0992, *Chojnacki v. Rogers*, Warren App. No. CA2008-03-040. Appellants in these causes collectively will share 20 minutes for oral argument, as will appellees.
    The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Miami County.
    Lanzinger, J., would accept the appeal but hold the cause for the decision in 2008–0991 and 2008–0992 and deny the motion to consolidate.

**2008–1133.  Hodesh v. Korelitz.**
Hamilton App. Nos. C–061013, C–061040, C–070168, and C–070172, 2008-Ohio-2052. Discretionary appeal accepted on Proposition of Law No. I.
    PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law No. II.
    O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

**2008–1144.  Rimmer v. CitiFinancial, Inc.**
Cuyahoga App. No. 89407, 2008-Ohio-1814. Discretionary appeal accepted on Proposition of Law Nos. IV and V; cause held for the decision in 2008–0905, *Alexander v. Wells Fargo Financial Ohio 1, Ltd.*, Cuyahoga App. No. 89277, 2008-Ohio-1402; and briefing schedule stayed.
    MOYER, C.J., would also accept the appeal on Proposition of Law No. III without holding.
    LUNDBERG STRATTON and O'DONNELL, JJ., would also accept the appeal on all other Propositions of Law.
    PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.